# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

141103

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CALVIN PARKER,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141103
COA: 295473
Wayne CC: 06-009958

On order of the Court, the application for leave to appeal the April 15, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

s0920

_____
Clerk